Chicago Title and Trust Company, appellee, v. Leonard C. Levy et al. Rosie Schwartz and Louis Schwartz, appellants. Gen. No. 35,855.

Opinion filed May 4, 1932. Rehearing denied May 20, 1932.

Edward J. Kelley, for appellants. Edelson & Paullin, Walter V. Fackler and A. Edmund Peterson, for appellee; Hyland J. Paullin, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.